IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIAH GLENNA AND CORY GLENNA,<br><br>Plaintiffs,<br>vs.<br><br>CHASE BANK USA, N.A., EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC,<br><br>Defendants. | Civil Action No.<br><br>1:16-cv-00595-LPS |

## ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT CHASE BANK USA, N.A., ONLY

Plaintiffs Mariah Glenna and Cory Glenna, by counsel, and Defendant Chase Bank USA, N.A., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiffs And Defendant Chase Bank USA, N.A., Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiffs Mariah Glenna and Cory Glenna against Defendant Chase Bank USA, N.A., are dismissed, with prejudice, with each party bearing their own costs and attorneys' fees.

Date: February 6, 2017

HON. LEONARD P. STARK
United States District Court,
District of Delaware