# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIAH GLENNA and<br>COREY GLENNA, | CASE NO. 1:16-cv-00595-LPS |
| Plaintiffs, | |
| vs. | |
| CHASE BANK USA, N.A.; EQUIFAX, INC.;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; and TRANS UNION, LLC; | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO
## DEFENDANT TRANS UNION, LLC ONLY

Plaintiffs Mariah Glenna and Corey Glenna, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiffs And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiffs Mariah Glenna and Corey Glenna against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Mariah Glenna and Corey Glenna and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: February 6, 2017

JUDGE, United States District Court,
District of Delaware