# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

_____

| | |
|---|---|
| MARIAH GLENNA and<br>COREY GLENNA,<br>       Plaintiffs,<br><br>vs.<br><br>CHASE BANK USA, N.A.; EQUIFAX, INC.;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; and TRANS UNION, LLC;<br>       Defendants. | CASE NO. 1:16-cv-00595-LPS |

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX, INC. PURSUANT TO F.R.C.P. 41(a)(2)

Plaintiffs Mariah Glenna and Corey Glenna ("Plaintiffs"), by counsel, and Defendant Equifax, Inc. ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against Equifax only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees. Pursuant to F.R.C.P. 41(a)(2), the parties request an order of dismissal.

Dated: February 10, 2017                                                  Respectfully submitted,

**Garibian Law Offices, P.C.**                                         **Clark Hill PLC**

*/s/* Antranig N. Garibian                                                 */s/* Karen M. Grivner
Antranig N. Garibian, Esq.                                               Karen M. Grivner
1010 N. Bancroft Parkway, Suite 22                              824 N. Market Street, Suite 710
Wilmington, DE 19805                                                   Wilmington, DE 19801
Telephone: (302) 722-6885                                            302-250-4750
E-Mail: ag@garibianlaw.com                                         Fax: 302-421-9439
                                                                                       Email: kgrivner@clarkhill.com

*Counsel for Plaintiffs Mariah Glenna and*
*Corey Glenna*                                                                  *Counsel for Defendant, Equifax, Inc.*