UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Mariah Glenna and Corey Glenna, <br><br> Plaintiff, <br><br> v. <br><br> Chase Bank USA, N.A., Equifax, Inc., Experian Information Solutions, Inc., and Trans Union LLC, <br><br> Defendants. | CASE NO. 1:16-cv-00595 |

### ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiffs Mariah Glenna and Corey Glenna ("Plaintiffs"), by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, having filed their Stipulation of Dismissal With Prejudice Between Plaintiff and Experian Information Solutions, Inc., and the Court, having been duly advised, now finds that the same should be granted.

It is, therefore, ordered that all claims of Plaintiffs Mariah Glenna and Corey Glenna against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiffs Mariah Glenna and Corey Glenna, and Defendant Experian Information Solutions, Inc., shall each bear their own costs and attorneys' fees.

Dated: October 16, 2017

_____
UNITED STATES DISTRICT JUDGE